## No. 7719.

### JOHN GIBSON ET AL. VS. F. PIERCE.

Where one has bought a lot in the suburbs of a town, afterwards included within the town limits, and described as "lot four in C. & J.'s addition" to Shreveport, and

State ex rel. Lecomte & Co. *vs.* Judge.

has sold "lot four of block sixty-seven" of the same town, parol evidence must be received to ascertain whether the two descriptions apply to and are meant to designate the same lot.

APPEAL from the District Court for Caddo.   BOARMAN, J.

*Hargrove* for Plaintiffs Appellants.   *Alexander & Blanchard* for Defendant.

SPENCER, J., delivered the opinion, affirming the judgment.